In the Matter of Petition of John Smith et al., to Detach Land from Community Unit School District Number 426, and Annex Same to Community Consolidated School District Number 183, Appellees, v. Jay Smith et al., Appellants.

Gen. No. 10,630.

Thomas & Davis, for appellants; Charles H. Davis, and Henry H. Caldwell, of counsel; George Spitz, for appellees; Carl A. Swanson, Jr., of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be publishieid in full. Opinion filed December 30, 1952; released for publication January 16, 1953.